IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ANTONIO BOYD**                                                                                          **PLAINTIFF**

**VS.**                                                                              **CIVIL ACTION NO. 4:05CV152LS**

**CHRISTOPHER EPPS, LARRY GREER,**
**FAYE NOEL and WILLIE H. BOOKERT**                                        **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the sworn testimony of the Plaintiff and the sworn complaint;

IT IS, HEREBY, ORDERED AND ADJUDGED:

1. The Plaintiff's complaint lacks an arguable basis in fact or in law;

2. The Plaintiff's complaint is appropriately dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(I) and (ii), and a Final Judgment in favor of the Defendants is hereby entered for the reason contained in the Memorandum Opinion and Order of this date.

SO ORDERED, this the 16th day of June, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE